## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>    NORTHERN    </u>   DISTRICT OF   <u>    NEW YORK    </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 9:05-CV-0141  (LEK/DEP)**

**JOHNNY ENG**,

                **PETITIONER,**

   v.

**D.B. DREW**, Warden, FCI Raybrook,

                **RESPONDENT.**

<u>          </u>   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>  XX  </u>   **DECISION by COURT.**  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled case, the action is DISMISSED in favor of the Respondent and against the Petitioner; in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated April 20, 2005.

**DATE:** <u>  April 20, 2005  </u>          <u>   **LAWRENCE K. BAERMAN**   </u>
                                                    CLERK OF THE COURT

*Scott A. Snyder* (signature)

**Courtroom Deputy to the
Honorable Lawrence E. Kahn**